# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GILBERT MUNIZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>D. L. YOUNG, Warden,<br><br>　　　　　　　Respondent. | Civil No.   14cv0500-LAB (DHB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 5, 2014, Petitioner, presently incarcerated in the San Diego Metropolitan Correctional Center and proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or by an application to proceed in forma pauperis. See Local Rule 3.2. If Petitioner wishes to proceed with this action, he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee no later than **March 24, 2014.** For Petitioner's convenience, a blank request to proceed in forma pauperis form is included with this Order.

**IT IS SO ORDERED.**

DATED: March 10, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge